# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**LISA PRICE WELCH**　　　　　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　　　　**NO. 19-400-BAJ-SDJ**

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**

## NOTICE

Please take note that the attached Magistrate Judge's Report and Recommendation has been filed with the Clerk of the U.S. District Court for the Middle District of Louisiana.

Under 28 U.S.C. § 636(b)(1), you have **14 days** from receipt of this Notice to file written objections to the proposed findings of fact and conclusions of law in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on April 29, 2020.

*/s/ Scott D. Johnson*

**SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LISA PRICE WELCH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-400-BAJ-SDJ** |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | |

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

After considering the unopposed Motion to Remand (R. Doc. 12) filed by the Commissioner of the Social Security Administration (Commissioner), the Court **RECOMMENDS** that the Commissioner's Motion to Remand (R. Doc. 12) be **GRANTED**.

The Court further **RECOMMENDS** that the Commissioner's July 19, 2018 final administrative decision be **REVERSED** and **REMANDED** to the Commissioner, pursuant to sentence 4 of 42 U.S.C. § 405(g). Upon remand, and as specifically requested by the Commissioner (R. Doc. 12-1), further administrative proceedings will be conducted, as follows:

> [T]he Administrative Law Judge (ALJ) will reevaluate the nature and severity of Plaintiff's physical and mental impairments at step 2 of the sequential evaluation and reassess Plaintiff's residual functional capacity, and, if warranted, acquire supplemental vocational expert testimony to determine whether Plaintiff can perform her past relevant work and/or other work in the national economy. The agency will provide Plaintiff the opportunity for a hearing and the opportunity to submit additional medical evidence.

(R. Doc. 12-1 at 1).

Finally, the Court **RECOMMENDS** that Plaintiff's action be **DISMISSED**, reserving Plaintiff's right to the subsequent timely filing of an application for attorney's fees under the Equal Access to Justice Act. *See* 28 U.S.C. § 2412(d)(1)(B).

Signed in Baton Rouge, Louisiana, on April 29, 2020.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**