UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LISA PRICE WELCH** | **CIVIL ACTION** |
| **VERSUS** | |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | **NO.: 19-00400-BAJ-SDJ** |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 14)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses the Commissioner's Motion for Remand (Doc. 12). The Magistrate Judge recommended that the Court grant the Commissioner's Motion to Remand, reverse the Commissioner's 2018 final decision, and that further administrative proceedings be conducted as the Commissioner requested in his Motion (Doc. 14 at p. 2). The Magistrate Judge further recommended that the Court dismiss Plaintiff's action, reserving Plaintiff's right to subsequently file an application for attorney's fees under the Equal Access to Justice Act. (*Id.* at p. 3)

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

1

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 14)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Plaintiff's **Motion to Remand (Doc. 12)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the Commissioner's July 18, 2018 final administrative decision is **REVERSED** and **REMANDED** to the Commissioner, pursuant to 42 U.S.C. § 405(g). Upon remand, further administrative proceedings will be conducted, as specifically requested by the Commissioner:

> [T]he Administrative Law Judge (ALJ) will reevaluate the nature and severity of Plaintiff's physical and mental impairments at step 2 of the sequential evaluation and reassess Plaintiff's residual functional capacity, and, if warranted, acquire supplemental vocational expert testimony to determine whether Plaintiff can perform her past relevant work and/or other work in the national economy. The agency will provide Plaintiff the opportunity for a hearing and the opportunity to submit additional medical evidence.

(Doc. 12-1 at p. 1).

**IT IS FURTHER ORDERED** that Plaintiff's action is **DISMISSED**, reserving Plaintiff's right to the subsequent timely filing of an application for attorney's fees under the Equal Access to Justice Act pursuant to 28 U.S.C. §2412(d)(1)(B).

Baton Rouge, Louisiana, this 15th day of May, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**