UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LISA PRICE WELCH | CIVIL ACTION |
| VERSUS | |
| ANDREW M. SAUL,<br>*Commissioner of Social Security* | NO. 19-00400-BAJ-SDJ |

RULING AND ORDER

Before the Court is Plaintiff's **Unopposed Motion For Attorney's Fees Pursuant To The Equal Access To Justice Act (Doc. 17).** Plaintiff seeks attorney's fees in the amount of $5,670. (Doc. 17-1, p. 3). Defendant submitted a Response agreeing that a reasonable award of fees for services rendered in this case would be $5,670, but requested that the amount be paid to Plaintiff rather than Plaintiff's counsel. (Doc. 18).

I.   BACKGROUND

Plaintiff appealed the Commissioner of the Social Security Administration's denial of her application for disability benefits. (Doc. 1). On May 15, 2020, the Court reversed the decision of the Commissioner and remanded the claim for further proceedings. (Doc. 15). The Court dismissed this action, but reserved Plaintiff's right to the subsequent timely filing of an application for attorney's fees under the Equal Access to Justice Act pursuant to 28 U.S.C. § 2412(d)(1)(B). (Doc. 15). Plaintiff then

1

filed the present Motion. (Doc. 17).

## II. LEGAL STANDARD

The Equal Access to Justice Act ("EAJA") provides that a court shall award attorney's fees and costs to a prevailing party in a civil action brought against the United States "unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A); *Baker v. Bowen*, 839 F.2d 1075, 1080 (5th Cir. 1988); *see also Collins v. Comm'r of Soc. Sec.*, No. CV 17-49-RLB, 2018 WL 2758256, at *1 (M.D. La. June 8, 2018).

## III. DISCUSSION

The parties do not dispute that Plaintiff is the prevailing party who filed a timely application for fees. Accordingly, an award of reasonable attorney's fees is proper in this case. Plaintiff requests attorney's fees to compensate her attorney for 32.4 hours of work at a rate of $175 per hour—$5,670 total. (Doc. 17, p. 1–3). Plaintiff asserts that the hourly rate of $175 is reasonable, calculated based on the $125 hourly rate authorized by the EAJA and adjusted based on the Consumer Price Index prepared by the Bureau of Labor and Statistics. (*Id.* at p. 2–3; Doc. 17-2, p. 3). The Commissioner does not object to a "reasonable award of EAJA fees of $5,760 for the services rendered." (Doc. 18, p. 1). Having reviewed the Statement of Attorney Time Expended, the Court finds the requested rate to be reasonable in this case. *See Collins v. Comm'r of Soc. Sec.*, No. CV 17-49-RLB, 2018 WL 2758256, at *1

(M.D. La. June 8, 2018) (finding rate of $150 per hour reasonable) (internal citations omitted).

The Commissioner objects, however, to Plaintiff's request to make the fee award directly payable to Plaintiff's attorney. (Doc. 18, p. 1; Doc. 17-3). The Commissioner asserts that the Court should award payment of EAJA fees directly to Plaintiff rather than Plaintiff's attorney to allow the U.S. Department of Treasury to verify that Plaintiff has no federal debt. (Doc. 18, p. 2–3 (citing *Astrue v. Ratliff*, 560 U.S. 586 (2010)). Defendant asserts that as a matter of practice, an EAJA fee made payable to Plaintiff may properly be mailed to Plaintiff's counsel. (Doc. 18, p. 2).

"[A] § 2412(d) fees award is payable to the litigant" and not the attorney because the award may be "subject to a Government offset to satisfy a pre-existing debt that the litigant owes the United States." *Astrue*, 560 U.S. at 589. Accordingly, the attorney's fees will be awarded and paid to Plaintiff, not his attorney, but may be mailed to Plaintiff's counsel. *See Collins v. Comm'r of Soc. Sec.*, No. CV 17-49-RLB, 2018 WL 2758256, at *2 (M.D. La. June 8, 2018).

IV. CONCLUSION

Accordingly,

**IT IS ORDERED** that Plaintiff's **Unopposed Motion For Attorney's Fees Pursuant To The Equal Access To Justice Act (Doc. 17) is GRANTED.**

**IT IS FURTHER ORDERED** that the Commissioner of the Social Security Administration shall send Plaintiff's counsel a check made payable to "Lisa Price Welch" for attorney's fees in the amount of $5,670 pursuant to the Equal Access to Justice Act.

Baton Rouge, Louisiana, this 17th day of March, 2021

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA